1486

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1731. DaimlerChrysler Corp. v. Wilkins.**
Board of Tax Appeals, Nos. 2004–T–187 and 2004–T–188.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 27, 2006*

[Cite as *09/27/2006 Case Announcements #2,* 2006-Ohio-5001.]

## MOTION AND PROCEDURAL RULINGS

**2006–1781. State ex rel. Evans v. Blackwell.**
This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration of the motion for leave to intervene of SmokeFreeOhio, Susan Jagers, Donald McClure, and Tracy Sabetta,

IT IS ORDERED by the court that the motion is granted.

RESNICK, J., not participating.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 28, 2006*

[Cite as *09/28/2006 Case Announcements,* 2006-Ohio-4992.]

## MOTION AND PROCEDURAL RULINGS

**2005–2264. State v. Diar.**
Lorain C.P. No. 04CR065248. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Lorain County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion is granted pending disposition of this appeal.

**2006–1594. Indus. Energy Users–Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 05376–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of Columbus Southern Power Company and Ohio Power Company for leave to intervene as appellees,

IT IS ORDERED by the court that the motion is granted.

